UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case No. _CR87-422(G)-ER_   Title _USA -v- Juan Ramon Matta-Ballesteros_

### EXHIBIT RELEASE UPON VERDICT/JUDGMENT AT TRIAL

Through stipulation of counsel in this action and/or by Order of this Court, all exhibits listed ~~on the (circle one)~~ _below_ ~~pltf/ deft/ joint~~ exhibit list are being returned to:
 ___ counsel for the prevailing party
 _✓_ counsel who proffered the exhibit(s)
~~except~~ the following exhibit(s) _Exhibits 213-279_
_____ which will be retained by the Court.

Counsel hereby declare that these exhibits shall be retained in *(circle one)* his/her/_their_ custody in a secure place and will not be altered ~~or destroyed~~ until after the time for an appeal of the *(circle one)* verdict/_judgment_ has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and upon seventy-two (72) hours notice.

Date _7/31/98_   Signature _John Carlton_
Print Name _John Carlton_   Counsel for: _plaintf_/ defendt/ 3rd party
Phone Number ( _213_ ) _894-0619_

Date _7/31/98_   Signature _[signed]_
Print Name _Lawrence Ng_   Counsel for: _plaintf_/ defendt/ 3rd party
Phone Number ( _213_ ) _894-6968_

================================================================

### EXHIBIT RELEASE BY EXHIBITS CUSTODIAN

The following exhibit(s), descriptions indicated on the exhibit list(s),

_____ have/has been returned to me.

(NOTE: List returns by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material.)

Date _____   Signature _____
I.D. No. _____   Agency/Firm _____
*(Govt. I.D. / Driver's Lic.)*   Phone No. (_____)_____

cc: Judge
    Counsel signing document
    Exhibits custodian

M-54 (9/92)           EXHIBIT RELEASE TO COUNSEL

*U.S. GPO: 1992-779-407/60013